**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| GREGORY BLACKMON, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 2:17-cv-00610-MHT-DAB |
| ) | |
| vs. ) | |
| ) | **NOTICE OF DISMISSAL WITH** |
| ) | **PREJUDICE** |
| JAUREGUI & LINDSEY, LLC, ) | |
| ) | |
| Defendant. ) | |

Plaintiff submits this notice of dismissal prior to the service of any answer or motion for summary judgment by any defendant. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff gives notice that this civil action is hereby dismissed with prejudice, and without fees or costs to any party.

Dated: November 30, 2017.              Respectfully submitted,

s/Curtis R. Hussey
Curtis R. Hussey
MDAL Bar No. HUS004
Hussey Law Firm, LLC
10 N. Section Street, No. 122
Fairhope, AL 36532-1896
Telephone: (251) 928-1423
Facsimile: (866) 317-2674
chussey@consumerlawinfo.com
Attorney for Gregory Blackmon

Correspondence address:
5235 E. Southern Ave., D106-618
Mesa, AZ 85206

## **CERTIFICATE OF SERVICE**

I certify that on November 30, 2017, I filed the foregoing document with the Court using CM/ECF, which will send notification of such filing to all counsel of record.

s/Curtis R. Hussey
Curtis R. Hussey
