**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

November 30, 2017

# NOTICE OF VOLUNTARY DISMISSAL

Re:    Gregory Blackmon v. Jauregui & Lindsey, LLC
         Civil Action No. #2:17-cv-00610-MHT-DAB

Pursuant to the Notice of Dismissal, Doc. #8, filed by the Plaintiff on November 30, 2017, this case has been closed and removed from the docket of this court.